

**FILED**
**11/13/2013**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
OCT 30 2013
OCT 3 0 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Kamal Albitar

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Tom Dart
CRW. Taylor
John Doe

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

Case No: 13 C 6721
(To be supplied by the Clerk of this Court)

JUDGE: James B. Zagel

AMENDED Complaint

CHECK ONE ONLY:

X  COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

___ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

    A. Name: Kamal Albitar

    B. List all aliases: _____

    C. Prisoner identification number: 20130614124

    D. Place of present confinement: Cook County Jail

    E. Address: P.O. Box 089002 Chicago IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A. Defendant: Tom Dart
       Title: Sheriff of Cook County
       Place of Employment: Cook County

    B. Defendant: C.R.W. Taylor
       Title: Correctional Rehabilitation Worker
       Place of Employment: Cook County Jail

    C. Defendant: John Doe
       Title: Medical Health Professional
       Place of Employment: Cook County Jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

II. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: _____N/A_____

B. Approximate date of filing lawsuit: _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D. List all defendants: _____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F. Name of judge to whom case was assigned: _____

G. Basic claim made: _____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

I. Approximate date of disposition: _____

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

The plaintiff was booked into the Cook County Jail on or about June 14th 2013. At that time he informed the Medical Department that he was suffering from two major medical issues first that he was suffering from severe pain due to a Dental issue and second that he was also suffering from a painful back injury which required corrective surgery which had been scheduled for July 2013. The plaintiff was issued a blister pack (approx 12) acetaminophen tablets and two heat packs and was told he would be seen by a doctor and a dentist. The plaintiff waited for almost a month and received no care at all for either his back pain or his Dental pain. The plaintiff filed grievances for both issues on or about July 10th 2013. The plaintiff did not receive adequate care for either of his medical issues as of

August 1st 2013. On or about August 1st 2013 the plaintiff Appealed the Decision's of both grievances that he filed. The plaintif alleges that both CRW taylor and John Doe did not and have not effectively represented the severity of his painful medical conditions to the necessary authority figures In order to guarantee that the plaintiffs Medical needs would be met. The Plaintiff Informed CRW taylor verbally and VIA the grievance process and Informed John Doe VIA the Medical Request process. The Plaintiff has no other avenue with which to seek Assistance with his painful conditions. The Plaintiff has been forced to suffer through excessive Delays when trying to receive Medical care. The plaintiff has been shown Deliberate Indifference to his serious medical needs. The Plaintiff has exhausted his administrative Remedy.

Revised 9/2007

V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

a preliminary and permanent injunction ordering the Cook County Jail to provide proper medical treatment to the plaintiff.

financial compensation in an amount to be determined by the court.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 10 day of 27, 20 13.

_____
(Signature of plaintiff or plaintiffs)

Kamal Albitar
(Print name)

20130614124
(I.D. Number)

P.O. Box 089002
Chicago IL 60608
(Address)