**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | | |
|---|---|---|
| **Kamal Albitar,** | ) | |
| | ) | |
| **Plaintiff,** | ) | No.     13 C 6721 |
| | ) | |
| v. | ) | Judge James B. Zagel |
| | ) | |
| **CRW Taylor,** | ) | Magistrate Judge Valdez |
| | ) | |
| **Defendant.** | ) | |

**ANSWER AND AFFIRMATIVE DEFENSES OF
CRW TAYLOR TO PLAINTIFF'S AMENDED COMPLAINT**

Defendant, CRW Taylor, by and through her attorney, ANITA ALVAREZ, State's Attorney of Cook County, through Stephen L. Garcia, Assistant State's Attorney, submit the following answer and affirmative defenses to Plaintiff's Amended Complaint.[1]

1.      The plaintiff was booked into the Cook County Jail on or about June 14, 2013.

**ANSWER:**    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1.

2.      At that time he informed the medical department that he was suffering from two major medical issues. First that he was suffering from severe pain due to a dental issue and second that he was also suffering from a painful back injury which required corrective surgery which had been scheduled for July 2013.

**ANSWER:**    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2.

3.      The plaintiff was issued a blister pack (approx. 12) acetaminophen tablets and two heat pads and was told he would be seen by a doctor and a dentist.

---

[1] Plaintiff's Amended Complaint is set forth in narrative form. For purposes of defendant's answer, the complaint has been broken into paragraphs by sentence.

**ANSWER:** Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3.

4. The plaintiff waited for almost a month and received no care at all for either his back pain or his dental pain.

**ANSWER:** Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4.

5. The plaintiff filed grievances for both issues on or about July 10, 2013.

**ANSWER:** Defendant admits that plaintiff filed grievances on or about July 10, 2013.

6. The plaintiff did not receive adequate care for either of his medical issues as of August 1, 2013.

**ANSWER:** Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 6.

7. On or about August 1, 2013 the plaintiff Appealed the decision's [sic] of both grievances that he filed.

**ANSWER:** Defendant admits the allegations contained in paragraph 7.

8. The plaintiff alleges that both CRW Taylor and John Doe did not and have not effectively represented the severity of his painful medical conditions to the necessary authority figures in order to guarantee that the plaintiff's medical needs would be met.

**ANSWER:** Defendant denies the allegations against her contained in paragraph 8.

9. The plaintiff informed CRW Taylor verbally and via the grievance process and informed John Doe via the medical request process.

**ANSWER:** Defendant denies the allegations against her contained in paragraph 9.

10. The plaintiff has no other avenue with which to seek assistance with his painful conditions.

**ANSWER:** Defendant denies the allegations against her contained in paragraph 10.

11. The plaintiff has been forced to suffer through excessive delays when trying to receive medical care.

**ANSWER:** Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 11.

12. The plaintiff has been shown deliberated indifference to his serious medical needs.

**ANSWER:** Defendant denies the allegations against her contained in paragraph 12.

13. The plaintiff has exhausted his administrative remedy.

**ANSWER:** Defendant admits the allegations contained in paragraph 13.

## AFFIRMATIVE DEFENSES

**FIRST AFFIRMATIVE DEFENSE:** Defendants' conduct was at all times objectively reasonable and did not violate any of plaintiff's clearly established constitutional rights. Accordingly, defendant is entitled to qualified immunity from plaintiff's claims.

## JURY DEMAND

Defendant demands trial by jury.

        Respectfully submitted,

        A<small>NITA</small> A<small>LVAREZ</small>
        State's Attorney of Cook County


By:   __s/ Stephen L. Garcia_____
        ARDC # 06195546
        Stephen L. Garcia
        Assistant State's Attorney
        500 Richard J. Daley Center
        Chicago, Illinois  60602
        312.603.5475

## CERTIFICATE OF SERVICE

      I, Stephen L. Garcia, Assistant State's Attorney, hereby certify that I caused a copy of the Answer and Affirmative Defenses of CRW Taylor to Plaintiff's Amended Complaint to be served on the individuals listed below by placing a copy in the U.S. Mail, proper postage prepaid, at 500 Richard J. Daley Center, Chicago, IL 60602, on May 22, 2014.

Kamal Albitar
#2013-0614124
Cook County Jail
P.O. Box 089002
Chicago, IL 60608


                                                                            _s/ Stephen L. Garcia_____


Re:    *Kamal Albitar v. CRW Taylor*, 13 C 6721