12 December 2014

Clerk of the Court
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, Ill 60604

**FILED**
DEC 19 2014
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

In RE: case # 13 C 6721

Dear Clerk

As an initial matters please take of my new address below and the return address on the envelope, as I have been transferred to Illinois Department of Corrections.

The other reason for my letter today is that, in the process of my transfer from Cook County to IDOC, all my records as well as my legal and personal mail have been lost in my transfer. Yesterday, I was informed that I will be deposed in January. Is it possible to have the record copied and sent to me to have in time for the deposition? At minimum, I need my original complaint. I am willing to cover the cost of the copies if necessary. I appreciate your assistance in this matter, and look forward to hearing from you.

Respectfully,
Kamal Al-Batas M46356 Shawnee C.C.

6665 State Route 146
Vienna, Ill 62995